JOHN A. MAVROS (SBN 257673)
jmavros@fisherphillips.com
ARTHUR L. RAMIREZ (SBN 345336)
aramirez@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile:  (949) 851-0152

Attorneys for Defendant
EAST BAY HOTEL LP II LP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL VALENZUELA, an individual,<br><br>                         Plaintiff,<br><br>          v.<br><br>EAST BAY HOTEL LP II LP, and DOES 1 through 10, inclusive,<br><br>                         Defendants. | Case No:   3:24-cv-00599<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO CONDUCT JOINT SITE INSPECTION**<br><br>Complaint Filed:   January 31, 2024<br>Trial Date:     Not Set |

STIPULATION AND  ORDER TO EXTEND TIME TO CONDUCT JOINT SITE INSPECTION
FP 50232784.1

Pursuant to Civil Local Rule 6-1(a) and Northern District of California General Order 56, EAST BAY HOTEL LP II LP ("Defendant") and Plaintiff FIDEL VALENZUELA ("Plaintiff") (Defendant and Plaintiff collectively referred to as the "Parties"), by and through their undersigned counsel, hereby submit this Joint Stipulation to extent the joint site inspection deadline by 35 days.

## JOINT STIPULATION

**WHEREAS**, Plaintiff filed a Complaint on January 31, 2024, in this United States District Court for the Northern District of California.

**WHEREAS**, on February 6, 2024, Plaintiff served the Complaint on Defendant.  Accordingly, Defendant's deadline to respond to the Complaint was February 27, 2024.

**WHEREAS**, on February 27, 2024, the Parties submitted a joint stipulation extending Defendant's time to file and serve its response to Plaintiff's Complaint to March 28, 2024.

**WHEREAS**, on or around March 15, 2024, the Parties reached an agreement resolving claims for injunctive relief.

**WHEREAS**, on March 28, 2024, Defendant filed and served its response to Plaintiff's Complaint.

**WHEREAS**, the Parties are conducting good faith settlement discussions on monetary relief in an effort to resolve this matter.

**WHEREAS**, the Parties' deadline to complete a joint site inspection pursuant to General Order 56 is April 6, 2024.

**WHEREAS**, during this time, the Parties are conducting good faith settlement discussions on monetary relief in an effort to resolve this matter prior to conducting the joint site inspection.

**WHEREAS**, the Parties are agreeable to extending the joint site inspection deadline by 35 days, to May 11, 2024, to continue to confer about their claims and defenses, including engaging in good faith settlement discussions on monetary

relief, in this action in an effort to facilitate early resolution without the need for prolonged litigation.

THEREFORE, the Parties stipulate and request that the Court issue an order that they shall have until May 11, 2024, to complete the joint site inspection, and subsequent General Order 56 deadlines triggered by the joint site inspection shall be continued accordingly. This stipulation does not alter any other dates or deadlines set by Court order.

Dated:  April 5, 2024                    FISHER & PHILLIPS LLP

                                         By:   /s/ John A. Mavros
                                               JOHN A MAVROS
                                               ARTHUR L. RAMIREZ
                                               Attorneys for Defendant
                                               EAST BAY HOTEL LP II LP

Dated:  April 5, 2024                    LAW OFFICE OF JASON G. GONG, APC

                                         By:   /s/ Jason G. Gong
                                               JASON G. GONG
                                               Attorneys for Plaintiff
                                               FIDEL VALENZUELA

STIPULATION AND ORDER TO EXTEND TIME TO CONDUCT JOINT SITE INSPECTION

1

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, John A. Mavros, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

_/s/ John A. Mavros___
JOHN A. MAVROS

STIPULATION AND ORDER TO EXTEND TIME TO CONDUCT JOINT SITE INSPECTION

FP 50232784.1

1

## <u>ORDER</u>

2

    Pursuant to the stipulation above, and good cause appearing therefore, the

3

date by which the parties will have to complete their joint site inspection shall be

4

extended to May 11, 2024.

5

    IT IS SO ORDERED.

6

7

Dated:  April 5, 2024                    _____

8

                                         Judge of the United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND TIME TO CONDUCT JOINT SITE INSPECTION

FP 50232784.1